UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAYMOND DAVID CAMPOS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:04CV142 RWS |
| | ) |
| MICHAEL MURPHY, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Raymond David Campos. I referred this matter to United States Magistrate Judge Lewis M. Blanton for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On September 19, 2006, Judge Blanton filed his recommendation that Campos's habeas petition should be denied.

Objections to Judge Blanton's Report and Recommendation were due to be filed by October 2, 2006. As of the date of this order, Campos has not filed any objection to the Report and Recommendation. After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Blanton's report and I will deny Campos's habeas petition for the reasons stated in the Report and Recommendation dated September 19, 2006.

I have also considered whether to issue a certificate of appealability. To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. See Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues

differently, or the issues deserve further proceedings. Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997) (citing Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994). Because petitioner has not made such a showing in this case, I will not issue a certificate of appealability. Accordingly,

**IT IS HEREBY ORDERED** that Judge Blanton's Report and Recommendation filed on September 19, 2006 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Raymond David Campos's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL  
UNITED STATES DISTRICT JUDGE

Dated this 11th day of October, 2006.